COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| RIO VALLEY, LLC, | § | No. 08-12-00230-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 5 |
| CITY OF EL PASO, EL PASO CENTRAL APPRAISAL DISTRICT, | § | of El Paso County, Texas |
| AND APPRAISAL REVIEW BOARD OF EL PASO COUNTY, TEXAS, | § | (TC # 2008TX896) |
| | § | |
| Appellees. | § | |

## CORRECTED JUDGMENT

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore vacate the judgment of the trial court below and render judgment dismissing the counterclaim against the City of El Paso and the third party petition against El Paso Central Appraisal District and Appraisal Review Board of El Paso County, Texas. We reverse and remand for trial on the City's delinquent tax suit. We further order that the Appellees recover from Appellant all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.), sitting by assignment